■ In the Matter of KELLY M. DUERR, Respondent, v JEFFREY A. CUENIN, Appellant. (Appeal No. 2.) [720 NYS2d 440] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Niagara County Family Court, Batt, J.—Matrimonial.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.